JUDGE CHIN

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

'08 CIV 3943

JOHN MACERINO,

        Plaintiff,

-against-

THE CITY OF NEW YORK and LUIS MACHADO,
an employee of the New York City Police
Department,

        Defendants.

**SUMMONS IN A CIVIL CASE**

To: THE CITY OF NEW YORK, 100 Church Street, New York, New York 10007;
LUIS MACHADO, 70th precinct, 154 Lawrence Street, Brooklyn, New York 11230

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

MATTHEW FLAMM, 26 Court Street, Suite 600, Brooklyn, New York 11242

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*[signature]*

DEPUTY CLERK

APR 2 8 2008

DATE

CITY OF N.Y. LAW DEPART.
OFFICE OF CORP. COUNSEL
COMMUNICATIONS SECTION
2008 APR 28 AM 11 19

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 4/28/08 |
| NAME OF SERVER (PRINT)  Matthew Flamm | TITLE  Attorney |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: 100 Church St. NY, NY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL  $4 | SERVICES  $25 | TOTAL  $29 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/28/08
Date

Signature of Server

26 Court St, Bklyn, NY 11242
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.