```
Form 01 - PERSONAL WITH A MILITARY      AETNA CENTRAL JUDICIAL SERVICES
         MATTHEW FLAMM ESQ
         ATTN:
UNITED STATES SOUTHERN DIST. COURT        NEW YORK COUNTY
---------------------------------------------------
                                          Index No. 3943/08
JOHN MACERINO                 plaintiff
                                          Date Filed ............
         - against -
                                          Office No.
THE CITY OF NEW YORK, ETANO   defendant
                                          Court Date:    / /
---------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK           :SS:

CURTIS S. WARREN    being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the State of New York. That on the
22nd day of May, 2008  01:11 PM                at
     %NEW YORK CITY POLICE DEPARTMENT  70TH PRECINCT
     154 LAWRENCE STREET, BROOKLYN, NEW YORK 11230
I served the   SUMMONS AND COMPLAINT
upon LUIS MACHADO
the  DEFENDANT  therein named by delivering and leaving a true copy or
copies of the aforementioned documents with
LUIS MACHADO
said DEFENDANT personally.
    Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the service as follows:
       SEX: MALE          COLOR: TAN         HAIR: S&P
       APP. AGE: 36       APP. HT: 5:4       APP. WT: 130
OTHER IDENTIFYING FEATURES:

That at the time of service, as aforesaid, I asked DEFENDANT whether he/she was in
the military service of the United States Government, or of the State of New York, and
received a negative reply. Upon information and belief based upon the conversation and
observation as aforesaid I aver that the DEFENDANT  is not in the military service of the
United States Government or of the State of New York, as that term is defined in statutes
of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.


Sworn to before me this
10th  day of  June,       2008bg                 CURTIS S. WARREN  870667
BRETT GOLUB                                      AETNA CENTRAL JUDICIAL SERVICES
Notary Public, State of New York                 225 BROADWAY, SUITE 1802
   No.01G06129491                                NEW YORK, NY, 10007
Qualified in NASSAU                              Reference No: 3MF4126953
Commission Expires 06/27/2009
```