UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN MACERINO,

                                                                   NOTICE OF APPEARANCE

                     Plaintiff,

-against-

THE CITY OF NEW YORK, AND LUIS             Case No: 08 CV 3943
MACHADO, an employee of the New York        (DC) (FM)
City Police Department,

                     Defendants.
-------------------------------------------------------------X

       **PLEASE TAKE NOTICE**, that Defendant POLICE OFFICER LUIS MACHADO hereby appears in the above entitled action, and that WORTH, LONGWORTH & LONDON, LLP., have been retained as attorneys for said Defendant and demand that a copy of the Complaint and all papers in this action be served upon the undersigned at the office and post office address stated below:

Dated:  New York, NY
        July 29, 2008

                                      Yours truly,

                                      _____/s/_____
                                      BY: JOHN W. BURNS (1072)
                                      WORTH, LONGWORTH & LONDON, LLP.
                                      Attorney for Defendant Machado
                                      111 John Street, Suite 640
                                      New York, NY 10038
                                      (212) 964-8038

TO:

Matthew Flamm, Esq.
Attorney for Plaintiff
26 Court Street, Suite 600
Brooklyn, NY 11242

Law Department of the City of New York
Attorneys for the City of New York
100 Church Street
New York, New York 10007
Attn:   Sumit Sud, Esq.
        Assistant Corporation Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2008 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants: Matthew Flamm, Esq. and Sumit Sud, Esq.

                                                    /s/
                                      BY: John W. Burns

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JOHN MACERINO,

        Plaintiff,

-against-

THE CITY OF NEW YORK, AND LUIS      Case No: 08 CV 3943
MACHADO, an employee of the New York      (DC) (FM)
City Police Department,

        Defendants.
_____

NOTICE OF APPEARANCE

_____

*Worth, Longworth & London, LLP*
*Attorneys for Defendant Machado*
*111 John Street, Suite 640*
*New York, NY 10038*
*(212) 964-8038*