# WORTH, LONGWORTH & LONDON, LLP

ATTORNEYS AND COUNSELLORS AT LAW

111 JOHN STREET
NEW YORK, N.Y. 10038
TELEPHONE: (212) 964-8038
FACSIMILE: (212) 964-8164



August 25, 2008

The Honorable Denny Chin
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1020
New York, NY 10007



Re: Mercerino v. City Of New York, et al.
Docket No: 08 Civ. 3943

Your Honor:

Our firm represents defendant Luis Machado in the above referenced matter. I am requesting, with the consent of all the other parties, that the court allow defendant Machado up to September 26, 2008 to interpose his Answer to plaintiff's Summons and Complaint. There have been no previous applications made on behalf of this defendant for an extension of time.

Thank you for your time and consideration in this matter.

Very truly yours,

John W. Burns (JWB 1072)

cc:   Sumit Sad, Assistant Corporation Counsel,
      Attorney for Defendant City of New York

      Matthew Flamm, Esq., Attorney for Plaintiff

Approved.
So ORDERED.

USDJ
8/29/08